TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625

Attorneys for Defendant
Cavalry SPV I, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO B. CARREON,<br><br>Plaintiff,<br><br>vs.<br><br>CAVALRY SPV I, LLC,<br><br>Defendant. | CASE NO.: 2:17-cv-1953<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant Cavalry SPV I, LLC ("Defendant") hereby removes to this Court the state court action described below.

1.      On December 14, 2016, a small claims complaint was filed against Defendant by plaintiff Antonio B. Carreon ("Plaintiff"), in an action pending in Superior Court of the State of California in and for the County of Los Angeles, entitled *Antonio B. Carreon v. Cavalry SPV I, LLC*, Case No. 16DWSC07740.  A copy of the state court small claims complaint ("Complaint") is attached hereto as **Exhibit A**.

2.      This removal petition is timely under 28 U.S.C. § 1446(b) because Defendant was served on February 28, 2017.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), because the Complaint asserts claims against Defendant arising under 15 U.S.C. §§ 1692, *et seq.* (the "Fair Debt Collection Practices Act").  *See* Ex. A at ¶ 3.

4.      As the Complaint was filed in the Superior Court of the State of California, County of Los Angeles, venue in this District Court is proper.  *See* 28 U.S.C. § 1441(a) (providing for removal "to the district court of the United States for the district and division embracing the place" where the state court action is pending); 28 U.S.C. § 84(c)(2) (The Central District, Western Division comprises the counties of, inter alia, Los Angeles).

5.      Defendant is represented by the undersigned.

DATED: March 10, 2017            SIMMONDS & NARITA LLP
                                 TOMIO B. NARITA
                                 JENNIFER L. YAZDI


                                 By:    s/Jennifer Yazdi
                                        Jennifer L. Yazdi
                                        Attorneys for Defendant
                                        Cavalry SPV I, LLC