TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
JENNIFER L. YAZDI (SBN 301868)
jyazdi@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Cavalry SPV I, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO B. CARREON, | CASE NO.: 2:17-cv-1953 |
| Plaintiff, | |
| vs. | **DEFENDANT'S CERTIFICATION OF INTERESTED PARTIES** |
| CAVALRY SPV I, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for defendant Cavalry SPV I, LLC certifies that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities have a pecuniary interest in the outcome of this case and hereby identifies its parent corporations and lists any publicly held company that owns 10% or more of its stock. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Cavalry Portfolio Services, LLC, a Delaware limited liability company.
2. Cavalry SPV I, LLC, a Delaware limited liability company.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: March 10, 2017    SIMMONDS & NARITA LLP
                         TOMIO B. NARITA
                         JENNIFER L. YAZDI

                         By:   s/Jennifer Yazdi
                               Jennifer L. Yazdi
                               Attorneys for Defendant
                               Cavalry SPV I, LLC