JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO B. CARREON | CASE NO.: 2:17-cv-01953-RGK-AJW |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| CAVALRY SPV I, LLC, | |
| Defendant. | |

1  Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the action
2  of plaintiff ANTONIO B. CARREON against defendant CAVALRY SPV I, LLC, be
3  dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of
4  Civil Procedure, with each party bearing its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: MAR 2 1 2017

Hon. R. Gary Klausner
United States District Judge